**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: PELLA CORPORATION ARCHITECT      :
AND DESIGNER SERIES WINDOWS             :        MDL NO. 2514
PRODUCT LIABILITY LITIGATION            :

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO REPLY IN SUPPORT OF MOTION TO TRANSFER**

Plaintiff Gurvinder Pal Singh ("Plaintiff") respectfully requests, pursuant to Rules 6.1(e) and 6.3 of the Rules of Procedure of the United States Panel on Multidistrict Litigation ("J.P.M.L. Rules of Procedure" or "Rules"), a ten (10) day extension of time, until January 9, 2014, to Reply in Support of his Motion to Transfer. In support, Plaintiff states as follows:

1.      On November 19, 2013, Plaintiff filed a Motion to Transfer pursuant to 28 U.S.C. § 1407, requesting that the Panel transfer his putative class action case captioned _Singh v. Pella Corp._, Case No. 1:13-cv-08226 (N.D. Ill.), together with five other putative class action cases, to the Northern District of Illinois. _See_ Motion to Transfer (D.E. #1).

2.      On December 5, 2013, Defendant Pella Corporation ("Defendant") filed a Motion for Extension of Time to File Response to Plaintiff's Motion seeking an extension of time to January 2, 2014 to file its Response (D.E. #11).

3.      On December 6, 2013, the Court granted Defendant's motion in part, extending its deadline to respond to December 23, 2013 (D.E. # 17).

4.      As a result of the extension granted to Defendant, J.P.M.L. Rule 6.1(d) sets Plaintiff's current deadline to file his Reply in Support of Motion to Transfer to be due on

December 30, 2013, which means that the entirety of the briefing on the reply falls within the holiday period, something that would not have happened had Defendant not sought an extension.

5.      Plaintiff seeks a ten day extension of time to Reply in support of his Motion due to scheduling conflicts for Plaintiff's counsel resulting from the holiday season.  The short extension of time would provide Plaintiff an opportunity to fully complete his Reply and appropriately address the arguments Defendant raised in its Response, while still preserving the presence of this petition on the New Orleans argument docket.

WHEREFORE, Plaintiff respectfully requests that the Clerk, on behalf of the Panel, grant a ten (10) day extension of the deadline to file the Reply in Support of the Motion to Transfer, and extend said deadline to January 9, 2014.


Dated: December 27, 2013                                  Respectfully submitted,


                                                         **GURVINDER PAL SINGH,**
                                                         **Class Representative Plaintiff**

                                                         ___/s/ Jeffrey A. Leon_____
                                                         Jeffrey A. Leon
                                                         Jeff@complexlitgroup.com
                                                         Jamie E. Weiss
                                                         Jamie@complexlitgroup.com
                                                         Zachary Jacobs
                                                         Zachary@complexlitgroup.com
                                                         **COMPLEX LITIGATION GROUP LLC**
                                                         513 Central Ave., Suite 300
                                                         Highland Park, Illinois 60035
                                                         Phone: (847) 433-4500

**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: PELLA CORPORATION ARCHITECT     :
AND DESIGNER SERIES WINDOWS            :          MDL NO. 2514
PRODUCT LIABILITY LITIGATION           :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2013, a true and correct copy of the

foregoing Plaintiff's Motion for Extension of Time to Reply in Support of Motion to Transfer

was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF

system which will send notice of electronic filing to all parties of record.  I further certify that a

true and correct copy of the foregoing was served via U.S. mail upon the following parties, who

have not registered on CM/ECF:

> Pella of Central New York, Inc.
> 2743 Erie Boulevard East
> Syracuse, NY 13224

Dated: December 27, 2013                    Respectfully submitted,


                                            **GURVINDER PAL SINGH,**
                                            **Class Representative Plaintiff**

                                              /s/ Jeffrey A. Leon
                                            Jeffrey A. Leon
                                            Jeff@complexlitgroup.com
                                            Jamie E. Weiss
                                            Jamie@complexlitgroup.com
                                            Zachary Jacobs
                                            Zachary@complexlitgroup.com

**COMPLEX LITIGATION GROUP LLC**
513 Central Ave., Suite 300
Highland Park, Illinois 60035
Phone: (847) 433-4500