UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

NOTICE OF ORAL ARGUMENT SCHEDULE
JANUARY 30, 2014, HEARING SESSION
NEW ORLEANS, LOUISIANA

<u>New Orleans Courthouse Advisory</u>: Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse.  All cell phones must be turned off before entering the courtroom.

<u>Oral argument time allocation will commence at **8:00 a.m.**</u>: **All counsel** who have filed a notice of presentation of oral argument and plan to present argument **must be present at 8:00 a.m.** in order for the Panel to allocate the amount of time for argument in each docket.

Prior to the hearing session, counsel shall confer for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing. *See* Panel Rule 11.1(e).

The Panel expects counsel to adhere to the positions expressed in their briefs. Any change in position (including concerning an appropriate transferee district) should be communicated to Panel staff when argument times are allocated.

<u>Oral Argument will commence at **9:30 a.m.** in the following matters</u>:
MDL No. 2501 IN RE: Lloyds Bank plc International Mortgage Service Loan Litigation
MDL No. 2502 IN RE: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II)
MDL No. 2503 IN RE: Solodyn (Minocycline Hydrochloride) Antitrust Litigation
MDL No. 2504 IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation
MDL No. 2505 IN RE: National Credit Union Administration Board Mortgage-Backed Securities Litigation
MDL No. 2506 IN RE: AZEK Building Products, Inc., Marketing and Sales Practices Litigation
MDL No. 2507 IN RE: DietGoal Innovations LLC ('516) Patent Litigation
MDL No. 2508 IN RE: Cast Iron Soil Pipe and Fittings Antitrust Litigation

<u>Oral Argument will commence at **1:30 p.m.** in the following matters</u>:
MDL No. 2509 IN RE: Sempris Membership Program Marketing and Sales Practices Litigation
MDL No. 2510 IN RE: BRCA1- and BRCA2-based Hereditary Cancer Test Patent Litigation
MDL No. 2511 IN RE: Neomedic Pelvic Repair System Products Liability Litigation
MDL No. 2512 IN RE: Truvia Natural Sweetener Marketing and Sales Practices Litigation

MDL No. 2513 IN RE: Collecto, Inc., Telephone Consumer Protection Act Litigatio
MDL No. 2514 IN RE: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation

<u>Pursuant to Panel Rule 11.1(c), the Panel dispenses with oral argument in the following matter</u>:
MDL No. 2500 IN RE: Mortgage Industry Foreclosure Litigation

All other matters scheduled for this hearing session will be decided based on the pleadings filed.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel